IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LUIQUID EVENTS WORLDWIDE,** | |
| Plaintiff, | |
| v. | 1:21-cv-2396-AT |
| **CF REAL ESTATE SERVICES,** | |
| Defendant. | |

## **ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 16th day of June, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**